IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT R. HYATT                                                              PETITIONER

v.                                    12-2081

RAY HOBBS, Director,
Arkansas Department of Correction                                            RESPONDENT

### ORDER

Petitioner, a prisoner of the Arkansas Department of Correction has submitted a petition for writ of habeas corpus under 28 U.S.C. section 2254 for filing in this district, together with a request for leave to proceed in forma pauperis. Since it appears he is unable to pay the cost for commencement of suit, the following order is entered:

IT IS HEREBY ORDERED that petitioner's motion for leave to proceed in forma pauperis is granted and the clerk is directed to file the petition nunc pro tunc as of March 19, 2012. The matter of service will be determined at a later date.

IT IS SO ORDERED this 13th day of April 2012.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES DISTRICT JUDGE

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 13 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk