IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT R. HYATT                                                                                      PETITIONER

v.                                         Case No. 2:12-CV-02081

RAY HOBBS, Director, Arkansas Department of Corrections                         RESPONDENT

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 17) from Chief United States Magistrate Judge James R. Marschewski. No objections have been filed, and the deadline for filing objections has passed.

Having reviewed the record, the Court finds the Magistrate's reasoning to be sound. The Court therefore ADOPTS the findings and recommendations of the Magistrate in full.

Accordingly, for the reasons stated in the Magistrate's report and recommendation, IT IS ORDERED that Petitioner's motion for relief from judgment (Doc. 16) is DENIED.

IT IS SO ORDERED this 28th day of July, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE